RECVD '07 JAN 31 13:26 USDC-ORM

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON

FILED '07 FEB 02 12:47 USDC-ORM

PATRICIA J. COLEMAN,                    CIVIL NO.: 05-3088-CO

    Plaintiff

    v.                                  ~~(PROPOSED)~~ ORDER

JO ANNE B. BARNHART
Commissioner of
Social Security Administration

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $3892.40, expenses in the amount of $14.64 and costs in the amount of $250.00 (filing fees) be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. §1920.

IT IS SO ORDERED this __2__ day of ~~January~~ February, 2007.

/s/ John P. Cooney
JOHN P. COONEY
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III    OSB# 85085
BLACK, CHAPMAN, WEBBER, STEVENS,
  PETERSEN & LUNDBLADE
221 Stewart Ave., Suite # 209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com